**Johnny L. MILLIGAN, individually and on behalf of I.L.M. (minor) and I.L.M. (minor); Carolyn A. Milligan, Plaintiffs—Appellants,**

v.

**W & M PROPERTIES, INCORPORATED of Virginia, d/b/a Merrifield Village Apartment Company; Andrew Greenleaf Lawrence, Defendants—Appellees.**

No. 05–1494.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2005.

Decided Oct. 20, 2005.

Johnny L. Milligan, Carolyn A. Milligan, Appellants Pro Se. Jennifer Ann Guy, John David Wilburn, McGuirewoods, LLP, McLean, Virginia, for Appellee W & M Properties; Andrew Greenleaf Lawrence, Fairfax, Virginia, Appellee Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their second amended complaint alleging violations of the Fair Housing Act, 42 U.S.C. §§ 3601–3619 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Milligan v. W & M Prop., Inc.*, No. CA–04–1517 (E.D. Va. filed Apr. 25, 2005 & entered Apr. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*